IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LEANDRE EUGENE HARWELL,        )
                               )
        Petitioner,            )
                               )      1:22-cv-788
    v.                         )      1:18-cr-370-1
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )
```

## ORDER

On October 27, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 39, 40.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 39), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Letter treated as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 38) is **DENIED,** and that this action is hereby, **DIMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms, or filing a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) if that is her intent. The court

further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of April, 2023.

                                                                  _____
                                                                      United States District Judge